IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-04162-TPO

ARTURO LOPEZ LOPEZ,

    Petitioner,

v.

DAWN CEJA,
Warden, Denver Contract Detention Facility (Aurora);
ACTING DIRECTOR OF DENVER FIELD OFFICE,
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT;
KRISTI NOEM,
Secretary, U.S. Department of Homeland Security;
PAMELA BONDI,
U.S. Attorney General; and
TODD M. LYONS,
Acting Director, U.S. Immigration and Customs Enforcement,

in their official capacities,

    Respondents.

## ORDER TO SHOW CAUSE

**Timothy P. O'Hara, United States Magistrate Judge.**

    This matter comes before this Court upon the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. ECF 1. Petitioner is "in custody" for the purpose of § 2241. *Id*. The Clerk of Court directly assigned this case pursuant to D.C.COLO.LCivR 40.1.

    Petitioner pleads that he is a "noncitizen alien" from Guatemala who has been present in the United States since September 2004. *Id*. ¶¶ 1, 33. Petitioner entered without inspection and was not apprehended upon arrival. *Id*. ¶ 6. Immigrations and Customs Enforcement (ICE) officials arrested him in November of 2025. *Id*. ¶ 6.

Before his arrest, Petitioner was in removal proceedings which began in 2014 when the Department of Homeland Security (DHS) charged him as being inadmissible under 8 U.S.C. § 1182(a)(6)(A)(9) as someone who entered the U.S. without inspection. *Id*. ¶ 7. Petitioner has appealed the Immigration Court's denial of his application for relief, and that appeal remains pending. *Id*. ¶¶ 7, 34.

Petitioner has been detained at the Denver Contract Detention Facility in Aurora, Colorado, since his arrest in November of 2025. *Id.* ¶¶ 1, 6. DHS asserts that Petitioner is subject of mandatory detention under 8 U.S.C. § 1225(b)(2)(A). *Id.* ¶ 1.

Petitioner "seek[s] enforcement of his rights as a member of the Bond Denial Class certified in *Maldonado Bautista v. Santacruz*, No. 5:25-cv-01873-SSS-BFM (C.D. Cal.)." *Id.* ¶ 2. Petitioner asserts his continued detention is unlawful in light of *Maldonado Bautista*, in which a declaratory judgment was entered and extended to a certified nationwide class. *See id.* ¶ 3. Petitioner asserts that he is eligible for bond, like the members of the Bond Eligible Class in *Maldonado Bautista*, as an individual detained under 8 U.S.C. § 1226(a). Petitioner asserts that he is eligible for bond because he (a) is a detained individual without legal status; (b) entered the country without inspection and without being apprehended at the time of arrival; and (c) is not detained under 8 U.S.C. § 1226(c), § 1225(b)(1), or § 1231. *Id.* ¶ 6. Despite *Maldonado Bautista*, Respondents continue to detain him without considering bond release. *Id.* ¶¶ 9-11.

Petitioner asserts three claims for relief: (1) violation of the Immigration and Nationality Act (INA) in light of *Maldonado Bautista*; (2) violation of his Fifth Amendment right to due process; and (3) violation of 8 U.S.C. § 1225(b)(2).

Among other relief, Petitioner asks this Court to issue an Order for Respondents to Show Cause why the Petition should not be granted within three days; declare his detention in violation

2

of the Fifth Amendment's Due Process Clause, 8 U.S.C. § 1225(b)(2), and/or 8 C.F.R. § 1236.1 and § 1003.19; issue a Writ of Habeas Corpus ordering his immediate release; and alternatively, issue a Writ of Habeas Corpus for Respondents to release Petitioner unless he is provided with a bond hearing under § 1226(a) within seven days. *Id.* at 14.

After preliminary consideration of the Petition, this Court ORDERS as follows:

**Petitioner shall serve Respondents with his Petition, exhibits, and this Order to Show Cause by <u>January 2, 2026</u>**. Within 48 hours of serving Respondents, Petitioner shall file proof of service on the docket, and counsel for Respondents shall promptly enter notices of appearance.

**On or before January 6, 2026**, Respondents shall show cause why the Petition [ECF 1] should not be granted. By the same day, Respondents shall complete and file the Magistrate Judge Consent Form [ECF 6]. Petitioner already has expressed consent at ECF 7.

**On or before January 13, 2026**, Petitioner may file a Reply in support of his Petition.

SO ORDERED.

DATED at Denver, Colorado, this 30th day of December, 2025.

BY THE COURT:

Timothy P. O'Hara
United States Magistrate Judge